SIMPSON THACHER & BARTLETT LLP
GEORGE M. NEWCOMBE (Bar No. 202898)
JEFFREY E. OSTROW (Bar No. 213118)
PATRICK E. KING (Bar No. 211975)
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile:  (650) 251-5002

INTEL CORPORATION
JANET CRAYCROFT (Bar No. 123104)
JEFFREY S. DRAEGER (Bar No. 199821)
2625 Walsh Avenue
Santa Clara, California 95052
Telephone: (408) 765-1684
Facsimile:  (408) 765-5175

Attorneys for Plaintiff and Counterdefendant
INTEL CORPORATION

*IT IS SO ORDERED*
*[signature] Judge Saundra B. Armstrong*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>PATRIOT SCIENTIFIC CORPORATION,<br><br>             Defendant.<br><br>PATRIOT SCIENTIFIC CORPORATION,<br><br>             Counterclaimant,<br><br>     v.<br><br>INTEL CORPORATION,<br><br>             Counterdefendant. | Case No. C-04-0439 (SBA)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

1       The parties hereby stipulate, by and through their respective counsel, that (1) the claims set forth in Intel Corporation's complaint in the above-captioned action and (2) the counterclaims set forth in Patriot Scientific Corporation's answer and counterclaims in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

      Each party to bear its own costs and attorney fees.

Dated: June 22, 2005

      SIMPSON THACHER & BARTLETT LLP

      By  /s/ George M. Newcombe
      George M. Newcombe
      3330 Hillview Avenue
      Palo Alto, California 94304
      Telephone: (650) 251-5000
      Facsimile: (650) 251-5002

      Attorneys for Plaintiff and Counterdefendant
      INTEL CORPORATION

Dated: June 22, 2005

      HENNEMAN & SAUNDERS

      By  /s/ Floyd Eric Saunders
      Floyd Eric Saunders
      Henneman & Saunders
      P.O. Box 2215
      3081 Ponderosa Road
      Arnold, CA 95223
      Telephone: 209-795-6659
      Facsimile: 209-755-2855
      E-mail: ferics@sbcuc.net

      Attorneys for Technology Properties Ltd.,
      authorized representative of Defendant and
      Counterclaim-Plaintiff
      PATRIOT SCIENTIFIC CORPORATION

ACKNOWLEDGMENT:

I, David H. Pohl, President and Chief Executive Officer of Patriot Scientific Corporation, represent and acknowledge that Technology Properties Ltd. is authorized by Patriot Scientific Corporation to enter into this stipulation and order of dismissal with prejudice on behalf of

1  Patriot Scientific Corporation, and that I am authorized by Patriot Scientific Corp. to make this

2  representation.

3  Dated: June 20, 2005

   */s/ David H. Pohl*
   David H. Pohl

5

6  SO ORDERED:

7  Dated: ~~June~~ July 7, 2005

8                                                /s/ Saundra Brown Armstrong
                                                 SAUNDRA BROWN ARMSTRONG

9                                                UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE— Case No. C-04-0439 (SBA)

**GENERAL ORDER 45 ATTESTATION**

I, F. Eric Saunders, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order of Dismissal With Prejudice.  In compliance with General Order 45, X.B., I hereby attest that George M. Newcombe has concurred in this filing.

/s/ F. Eric Saunders